IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AYESHA WILLIAMS                                                                           PLAINTIFF

vs.                                    CASE NO. **3:06CV00123JMM**

MICHAEL J. ASTRUE,                                                                     DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Pursuant to the Order entered this date, the Court hereby affirms the final determination of the Commissioner and Plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 27th day of July, 2007.


_____
UNITED STATES DISTRICT JUDGE

-1-